UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| MOISE GABRIEL GOMIS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-333-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR MAGLINGER, | ) | **ORDER FOR STATUS REPORT** |
| In his official capacity as Jailer of the | ) | |
| Daviess County Detention Center, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. On May 20, 2026, Respondents filed a status report stating that the Petitioner received a custody redetermination hearing on May 18, 2026, and was denied bond because the immigration judge found the petitioner to be a flight risk. [R. 18, p. 1]. Therein, Respondents stated that once the immigration judge's written order was issued, Respondents would file the order in the record. *Id.* at 2. The Court has reviewed the docket and as of today, finds that the immigration judge's order has not been filed by the Federal Respondents. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that **by no later than Friday, June 5, 2026**, the Federal Respondents **SHALL** file a status report that advises the Court of the status of the immigration judge's written order following the May 18, 2026 redetermination hearing, and, if the immigration judge's written order is available, **SHALL** file that order in the record.

This the 3rd day of June, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record